```
                    FILED
          CLERK, U.S. DISTRICT COURT

               07/11/2025

        CENTRAL DISTRICT OF CALIFORNIA
        BY:    M.B.    DEPUTY
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CR No. 8:25-cr-00132-FWS |
|---|---|
| Plaintiff, | I N F O R M A T I O N |
| v. | [18 U.S.C. § 119(a)(2): Protection of Individuals Performing Certain Official Duties] |
| MICHAEL CHANG, | |
| Defendant. | |

The United States Attorney charges:

[18 U.S.C. § 119(a)(2)]

On or about February 18, 2025, in Orange County, within the Central District of California, defendant MICHAEL CHANG knowingly made restricted personal information about an officer with U.S. Immigration and Customs Enforcement publicly available, namely, the officer's mobile phone number, with knowledge and intent that the

//

//

//

restricted personal information would be used to threaten, intimidate, and facilitate the commission of a crime of violence against the officer.

BILAL A. ESSAYLI
United States Attorney

*[signature]*

DAVID T. RYAN
Assistant United States Attorney
Chief, National Security Division

KHALDOUN SHOBAKI
Assistant United States Attorney
Chief, Cyber and Intellectual
   Property Crimes Section

LAUREN RESTREPO
Assistant United States Attorney
Assistant United States Attorney
Deputy Chief, Cyber and
   Intellectual Property Crimes
   Section