TODD BLANCHE
Acting Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney
IAN V. YANNIELLO
Assistant United States Attorney
Chief, National Security Division
LAUREN RESTREPO (Cal. Bar No. 319873)
Assistant United States Attorney
National Security Division
    1500 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-3825
    Email:    lauren.restrepo@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. SACR 25-00132-FWS |
|---|---|
| Plaintiff, | MOTION FOR DISMISSAL OF INFORMATION, PURSUANT TO FEDERAL RULE OF CRIMINAL PROCEDURE 48(a) |
| v. | |
| MICHAEL CHANG, | |
| Defendant. | |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, the First Assistant United States Attorney for the Central District of California hereby requests leave of the Court to dismiss the Information in the above-referenced case, filed on July 11, 2025. On July 11, 2025, defendant MICHAEL CHANG ("defendant") was placed on Pretrial Diversion for a period of 12 months, pursuant to a written agreement between defendant and the United States Attorney's Office. Under the terms of that agreement, the government agreed to move to dismiss the charge in this case with

prejudice upon defendant's successful completion of Pretrial Diversion.  On July 13, 2026, a representative from the United States Pretrial Services Office confirmed that defendant has been cooperative with the Pretrial Services Office, and that during the 12-month period of Pretrial Diversion defendant has complied with all the conditions of diversion set forth in the diversion agreement.  The government therefore requests leave of the Court to dismiss the Information in this case with prejudice.

Dated: July 13, 2026          Respectfully submitted,

TODD BLANCHE
Acting Attorney General

BILAL A. ESSAYLI
First Assistant United States Attorney

IAN V. YANNIELLO
Assistant United States Attorney
Chief, National Security Division


_____*/s/ Lauren Restrepo*_____
LAUREN RESTREPO
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

2