TODD BLANCHE
Acting Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney
IAN V. YANNIELLO
Assistant United States Attorney
Chief, National Security Division
LAUREN RESTREPO (Cal. Bar No. 319873)
Assistant United States Attorney
National Security Division
     1500 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-3825
     Email:     lauren.restrepo@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>               v.<br><br>MICHAEL CHANG,<br><br>         Defendant. | No. SACR 25-00132-FWS<br><br>[PROPOSED] ORDER TO DISMISS INFORMATION PURSUANT TO FEDERAL RULE OF CRIMINAL PROCEDURE 48(a) |

The Court has read and considered the Government's Motion for Dismissal of the Information in the above-referenced case, filed on July 13, 2026.  The Court finds that there is good cause to dismiss the above-referenced Information in this case based on defendant's successful completion of Pretrial Diversion.

///

///

///

Accordingly, IT IS HEREBY ORDERED that the Information is dismissed with prejudice.

IT IS SO ORDERED.

_____          _____
 DATE                               HONORABLE FRED W. SLAUGHTER
                                    UNITED STATES DISTRICT JUDGE

Presented by:

    */s/ Lauren Restrepo*
LAUREN RESTREPO
Assistant United States Attorney