**NOTE: CHANGES MADE BY COURT**

# JS-3

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff,

           v.

MICHAEL CHANG,

        Defendant.

Case No. 8:25-cr-00132-FWS-1

ORDER GRANTING MOTION FOR DISMISSAL OF INFORMATION, PURSUANT TO FEDERAL RULE OF CRIMINAL PROCEDURE 48(a) [14]

The court has read and considered the Government's Motion for Dismissal of Information, pursuant to Federal Rule of Criminal Procedure 48(a) [14] ("Motion"),[1] filed on July 13, 2026.  The court finds that the Motion provides good cause to dismiss the Information in this case based on Defendant Michael Chang's successful completion of Pretrial Diversion.

///

///

///

---

[1] The Motion is incorporated into this Order by this reference.

1

Accordingly, the Motion is **GRANTED** and the court **ORDERS** the Information filed in the above-captioned case is **DISMISSED WITH PREJUDICE.**

**IT IS SO ORDERED.**

July 14, 2026
DATE                                HONORABLE FRED W. SLAUGHTER
                                    UNITED STATES DISTRICT JUDGE

2